IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADO REYES TRUJILLO,<br><br>    Petitioner,<br><br>   v.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent.                     / | No. C 11-01908 CW (PR)<br><br>ORDER DIRECTING RESPONDENT TO FILE REPLY BRIEF |

    Petitioner, a state prisoner, filed the present pro se petition for a writ of habeas corpus. On July 1, 2011, Respondent filed a motion to dismiss the petition as untimely. On July 20, 2011, Petitioner filed a response to the motion. Good cause appearing, and in accordance with the Court's instructions to the parties in the Order to Show Cause, Respondent shall file a reply to Petitioner's response.

    The reply shall be filed no later than **February 1, 2012.**

    IT IS SO ORDERED.

Dated: 1/23/2012

                                          CLAUDIA WILKEN<br>
                                          UNITED STATES DISTRICT JUDGE