IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADO REYES TRUJILLO, | No. C 11-1908 CW |
| Petitioner, | ORDER FOR BRIEFING ON ISSUE OF |
| v. | EQUITABLE TOLLING |
| RANDY GROUNDS, Warden, | |
| Respondent. | |

On March 14, 2012, the Court issued an order denying Respondent's motion to dismiss and granting Petitioner's motion for appointment of counsel on the issue of whether equitable tolling applies in this case.  In the March 14 Order, the Court found that Petitioner had alleged sufficient facts to carry his burden of showing that he may be entitled to equitable tolling of the statute of limitations, but that the evidentiary record required further development before the issue could be decided. The Court noted that the evidentiary record could be developed through discovery (pursuant to Habeas Rule 6), expansion of the record (pursuant to Habeas Rule 7), or an evidentiary hearing (pursuant to Habeas Rule 8).

On May 1, 2012, attorney Mark Rendon Vermeulen was appointed to represent Petitioner for the limited purpose of expanding the evidentiary record on the issue of equitable tolling and briefing on equitable tolling.  The parties shall meet and confer to determine how to proceed on this matter.  Within three weeks from the date of this order, they shall file a joint statement

outlining how the record should be expanded and timetables for accomplishing the expansion of the record and for briefing on the issue of equitable tolling.

IT IS SO ORDERED.

Dated: 5/31/2012

CLAUDIA WILKEN
United States District Judge