1       IN THE UNITED STATES DISTRICT COURT

2       FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   AMADO REYES TRUJILLO,                    No. C 11-1908 CW

5           Petitioner,                      ORDER FOR BRIEFING
                                             ON ISSUE OF
6       v.                                   EQUITABLE TOLLING

7   RANDY GROUNDS, Warden,

8           Respondent.

9   _____/

10

11       On March 14, 2012, the Court issued an order denying

12  Respondent's motion to dismiss and granting Petitioner's motion

13  for appointment of counsel on the issue of whether equitable

14  tolling applies in this case.  In the March 14 Order, the Court

15  found that Petitioner had alleged sufficient facts to carry his

16  burden of showing that he may be entitled to equitable tolling of

17  the statute of limitations, but that the evidentiary record

18  required further development before the issue could be decided.

19  The Court noted that the evidentiary record could be developed

20  through discovery (pursuant to Habeas Rule 6), expansion of the

21  record (pursuant to Habeas Rule 7), or an evidentiary hearing

22  (pursuant to Habeas Rule 8).

23       On May 1, 2012, attorney Mark Rendon Vermeulen was appointed

24  to represent Petitioner for the limited purpose of expanding the

25  evidentiary record on the issue of equitable tolling and briefing

26  on equitable tolling.  The parties shall meet and confer to

27  determine how to proceed on this matter.  Within three weeks from

28  the date of this order, they shall file a joint statement

United States District Court
For the Northern District of California

outlining how the record should be expanded and timetables for accomplishing the expansion of the record and for briefing on the issue of equitable tolling.

    IT IS SO ORDERED.

Dated:   5/31/2012

CLAUDIA WILKEN
United States District Judge