IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARMANDO TRUJILLO,

       Petitioner,

  v.

RANDY GROUNDS, Warden.

       Respondent.

_____/

No. C 11-1908 CW

ORDER GRANTING PETITIONER'S MOTION TO EXPAND THE RECORD AND SETTING BRIEFING SCHEDULE

Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the legality of his conviction. Respondent filed a motion to dismiss the petition as barred by the one-year statute of limitations applicable to federal habeas corpus petitions. See 28 U.S.C. § 2244(d). Petitioner, at that time proceeding pro se, filed an opposition, in which he appeared to argue that he is entitled to equitable tolling of the limitations period because he was abandoned by the attorney he retained to file a timely petition. The Court found that discovery, expansion of the record, or an evidentiary hearing would be necessary to develop the factual record on the issue and exercised its discretion to appoint counsel for the sole purpose of representing Petitioner in connection with his claim he is entitled to equitable tolling.

The Court also denied Respondent's motion to dismiss without prejudice and ordered the parties to meet and confer regarding a briefing schedule. Respondent stated that he did not "have a need or desire to expand the record." Docket No. 27. Petitioner has

now filed a motion to expand the record and a memorandum in support of his claim that he is entitled to equitable tolling. Respondent has not filed an opposition to the motion.

Having considered the parties' papers and the record in this case, the Court GRANTS Petitioner's motion to expand the record (Docket No. 31). Within thirty days of the date of this order, Respondent shall inform Petitioner and the Court whether he renews his motion to dismiss the petition. If he renews the motion to dismiss, Respondent shall also file a brief addressing Petitioner's additional declarations and materials and his memorandum in support of his claim that he is entitled to equitable tolling. Petitioner may file a reply brief within 15 days thereafter. If Respondent does not renew his motion to dismiss, he shall file an answer to the petition within sixty days of the date of this order and Petitioner may file a traverse within thirty days thereafter. Petitioner is advised that, if Respondent answers the petition, he will be responsible for filing his traverse pro se because counsel was only appointed to assist him with his claim that he is entitled to equitable tolling.

IT IS SO ORDERED.

Dated: 8/18/2014

CLAUDIA WILKEN
United States District Judge

2