IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMADO REYES TRUJILLO,** <br><br> Petitioner, <br><br> v. <br><br> **RANDY GROUNDS, Warden,** <br><br> Respondent. | No. C 11-01908 CW (PR) <br><br> [~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until October 28, 2014, to file his answer the application for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within thirty (30) days of the date the answer is filed.

Dated: 10/29/2014

CLAUDIA WILKEN
United States District Judge

1

[~~Proposed~~] Order (C 11-01908 CW (PR))