1
2
3
4                  UNITED STATES DISTRICT COURT
5                NORTHERN DISTRICT OF CALIFORNIA
6
7   AMADO REYES TRUJILLO,
                                    Case No.  11-cv-01908-CW
            Plaintiff,
8                                   ORDER GRANTING MOTION FOR
        v.                          APPOINTMENT OF COUNSEL;
9                                   GRANTING EXTENSION OF TIME TO
                                    FILE TRAVERSE
    RANDY GROUNDS,
10                                  Re: Dkt. No. 41
            Defendant.
11
12

United States District Court
Northern District of California

13      The petition for a writ of habeas corpus was filed on April

14   20, 2011.  An Order to Show Cause issued and, on July 1, 2011,

15   Respondent filed a motion to dismiss the petition as untimely.

16   On March 14, 2012, the Court appointed counsel for the limited

17   purpose of representing Petitioner on the issue of equitable

18   tolling of the statute of limitations.  See Dkt. No. 9 at 8.

19   Attorney Mark Rendon Vermeulen was appointed to represent

20   Petitioner.  See Dkt. No. 18.  On June 28, 2014, Petitioner filed

21   a motion to expand the record with a conditional request to hold

22   an evidentiary hearing on the issue of equitable tolling, if

23   necessary.  See Dkt. No. 31.  Respondent did not renew his motion

24   to dismiss and, on October 28, 2014, filed an answer to the

25   petition.  See Dkt. No. 34.  Petitioner's traverse is due thirty

26   days from the date the answer was filed, or on December 1, 2014.

27      Before the Court is Petitioner's request for the appointment

28   of counsel.  Mr. Vermeulen appeared specially for Petitioner by

filing, <u>pro bono</u>, the present motion for appointment of counsel. In his declaration, Mr. Vermeulen states that Petitioner is unable to represent himself for the following reasons: (1) Petitioner's  schooling consists of a sixth grade education in Mexico and, although he is able to read and write some Spanish, he is illiterate in English; (2) even if Petitioner's educational background were sufficient to allow him to research and draft legal documents, the lack of any Spanish language materials in the prison law library makes this impossible; and (3) in the past Petitioner had the legal assistance of other prisoners, but Mr. Vermeulen is informed and believes that this assistance is no longer available.  Mr. Vermeulen also states that, through his representation of Petitioner on the issue of equitable tolling, they have developed a meaningful relationship of trust and confidence.

The Sixth Amendment's right to counsel does not apply in habeas corpus actions.  <u>Knaubert v. Goldsmith</u>, 791 F.2d 722, 728 (9th Cir. 1986).  The Court may, however, appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation."  18 U.S.C. § 3006A(a)(2)(B).  The decision to appoint counsel is within the discretion of the district court.  <u>Chaney v. Lewis</u>, 801 F.2d 1191, 1196 (9th Cir. 1986); <u>Knaubert</u>, 791 F.2d at 728.

The Court finds that the appointment of counsel is warranted in this action and that Mr. Vermeulen is already familiar with some of the facts of the case and has a relationship of trust with Petitioner.  Therefore, the Court appoints Mr. Vermeulen to

United States District Court
Northern District of California

2

represent Petitioner in this action.  The motion for appointment of counsel is GRANTED.  See Dkt. No. 41.  Counsel should seek reimbursement pursuant to 18 U.S.C. § 3006A(d) and (e) via the Federal Public Defender's Office.

In light of this Order appointing counsel, the Court allows Petitioner's counsel an extension of time to file a traverse. Petitioner's traverse is due forty-five days from the date of this Order.  The matter will thereafter be submitted on the papers.

The Clerk of the Court shall send a copy of this Order to Mark R. Vermeulen, 755 Florida Street #4, San Francisco, California 94110-2044, to Petitioner, to the Federal Public Defender, and to Respondent.

IT IS SO ORDERED.

Dated:  November 13, 2014

_____
CLAUDIA WILKEN
United States District Judge