UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMADO REYES TRUJILLO,<br><br>    Petitioner,<br><br>    v.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | No. 11-cv-01908 CW<br><br>[Proposed] ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |

    Petitioner Amado Reyes Trujillo has applied to the Court for an order extending by forty-five (45) days the time within which to file a traverse. The Government does not oppose the requested extension of time.

    Based on petitioner's application, and good cause appearing,

    IT IS HEREBY ORDERED that the time within which petitioner may file a traverse is extended by forty-five (45) days, such that it will be due March 30, 2015.

    IT IS SO ORDERED.

Dated: February __6__, 2015

_____
CLAUDIA WILKEN
United States District Judge

ORDER GRANTING EXTENSION OF TIME